No. 96–1769. OHIO ADULT PAROLE AUTHORITY ET AL. v. WOODARD. C. A. 6th Cir. Motion of respondent for leave to proceed *in*

*forma pauperis* granted. Certiorari granted.